| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(2/28/11) CCG N001

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW

2017L001008
DIVISION/ROOM A
TIME 00:00
PI Motor Vehicle

No. _____

TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor
(Name all parties)
v.
RONALD HUDSON and DECKER TRUCK LINE, INC., A Foreign Corporation

Please Serve Defendant At:

See attached service list

● SUMMONS  ○ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ● Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

| ○ District 2 - Skokie | ○ District 3 - Rolling Meadows | ○ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ○ District 5 - Bridgeview | ○ District 6 - Markham | ○ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60428 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 50059
Name: Mark L. Karno & Associates LLC
Atty. for: Plaintiff
Address: 33 N. LaSalle St., Ste. 3500
City/State/Zip: Chicago, IL 60602
Telephone: 312-701-0090

WITNESS DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: JAN 27 2017
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 312-701-0600 Mail@Karnolaw.com
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT A

Attorney Code: 50059
U:\CLIENT DIRECTORIES\15ED178\SERVICE LIST.DOCX

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation, <br><br> Defendants. | Case No.: |

### SERVICE LIST

1. RONALD HUDSON
   7986 Mission Vista Drive
   San Diego, CA 92120

2. DECKER TRUCK LINE, INC
   c/o Timothy J. Burns
   4000 5th Ave S
   Ft Dodge, IA 50501

Attorney Code: 50059
U:\CLIENT DIRECTORIES\15ED178\COMPLAINT_COBBINS.DOCX

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation, <br><br> Defendants. | Case No.: <br><br> 2017L001008 <br> CALENDAR/ROOM A <br> TIME 00:00 <br> PI Motor Vehicle |

### COMPLAINT AT LAW

NOW COME the Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, by and through their attorneys, MARK L. KARNO & ASSOCIATES, LLC and ELENA DUARTE, and in complaining of the Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., A Foreign Corporation, state and allege as follows:

### COUNT I

1. That on or about March 24, 2015, the Defendant, RONALD HUDSON, was operating a motor vehicle in a southerly direction along and upon Ashland Avenue, at or near its intersection with 47th Street in the City of Chicago, County of Cook and State of Illinois.

2. That at said time and place, the Plaintiff's Minor, DESTINEY COBBINS, was an occupant in a motor vehicle being driven by the Plaintiff, TIFFINEY COBBINS, in a northerly direction along and upon Ashland Avenue at or near its intersection with 47th Street when the

1

Defendant, RONALD HUDSON, suddenly and without warning made a left-hand turn onto eastbound 47th Street and collided into the vehicle being operated by the Plaintiff, TIFFINEY COBBINS, causing injuries to the Plaintiff, TIFFINEY COBBINS, and Plaintiff's Minor, DESTINEY COBBINS, as hereinafter alleged.

3. That at all times mentioned herein, the Defendant, RONALD HUDSON, had a duty to exercise due care and caution in the operation of his motor vehicle so as to avoid injuries to persons lawfully upon the thoroughfare, including the Plaintiff, TIFFINEY COBBINS, and Plaintiff's minor, DESTINEY COBBINS.

4. That at said time and place, the Defendant, RONALD HUDSON, breached his aforementioned duty in that he did or failed to do one or more of the following acts in a careless and negligent manner:

　　a. Operated his motor vehicle at a rate of speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the highway contrary to and in violation of Section 11-601(a) of the Illinois Motor Vehicle Code;

　　b. Failed to keep a proper lookout for other vehicles in and about the area;

　　c. Failed to have his motor vehicle equipped with brakes proper and sufficient to hold and stop his motor vehicle contrary to and in violation of Section 12-301(a) of the Illinois Motor Vehicle Code;

　　d. Failed to give proper and adequate warning of the approach of his motor vehicle although such warning was necessary to ensure the safe operation of his motor vehicle contrary to and in violation of the provisions of Section 12-601(a) of the Illinois Motor Vehicle Code;

　　e. Failed to stop his motor vehicle when danger was imminent so as to avoid striking the vehicle operated by the Plaintiff, TIFFINEY COBBINS;

　　f. Failed to change the course of said motor vehicle so as to avoid striking the vehicle operated by the Plaintiff, TIFFINEY COBBINS;

　　g. Failed to obey the traffic control light device governing southbound traffic on Ashland Avenue at its intersection with 47th Street in violation of

Sections 11-305 and 11-306 of the Illinois Motor Vehicle Code.

5. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions to act on the part of the Defendant, RONALD HUDSON, the vehicle being operated by the Defendant, RONALD HUDSON, collided into the vehicle being operated by the Plaintiff, TIFFINEY COBBINS; and as a direct and proximate result of that collision, the Plaintiffs, TIFFINEY COBBINS and DESTINEY COBBINS, a minor, were then and there severely and seriously injured, both internally and externally, and they suffered a severe shock to their nervous systems, and bruises, contusions, and lacerations to their bodies; and became sick and disabled, and will continue to suffer great pain, discomfort and physical impairment, and their injuries required hospitalization and medical treatment, all of which said injuries are permanent; and they have been kept from and will be kept from attending to their ordinary affairs and duties and have lost large gains as a result thereof. Additionally, they have become and will become obligated for large sums of money for their medical and hospital care and treatment.

WHEREFORE, the Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, by and through their attorneys, MARK L. KARNO & ASSOCIATES, LLC and ELENA DUARTE, pray that a judgment be entered against the Defendant, RONALD HUDSON, in a sum in excess of $50,000.00 or such other sum which will fairly, reasonably and adequately compensate them for their injuries and damages, together with their costs of bringing this suit.

## COUNT II

1. to 5. The Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor hereby adopt their allegations to Paragraphs 1. to 6. of the previous Count I as and for their allegations to Paragraphs 1. to 6. of this Count II of the

3

Complaint as though fully set forth herein.

6. That at all times mentioned herein, the Defendant, RONALD HUDSON was an employee and/or agent of the Defendant, DECKER TRUCK LINE, INC., a Foreign Corporation and was acting within the scope and course of his employment and/or agency with the Defendant, DECKER TRUCK LINE, INC., a Foreign Corporation.

7. That by virtue of the employment and/or agency relationship between the Defendant, RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation, the Defendant, DECKER TRUCK LINE, INC., a Foreign Corporation, is vicariously liable for the acts of the Defendant, RONALD HUDSON.

WHEREFORE, the Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, by and through their attorneys, MARK L. KARNO & ASSOCIATES and ELENA DUARTE, pray that a judgment be entered against the defendant, DECKER TRUCK LINE, INC., a Foreign Corporation, in a sum in excess of $50,000.00 or such other amount which will fairly, reasonably and adequately compensate them for their injuries and damages, together with their costs of bringing this suit.

### COUNT III

1. to 5. The Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, Minor, by and through her attorneys, MARK L. KARNO & ASSOCIATES hereby adopt their allegations to Paragraphs 1. to 5. of the previous Count I as and for their allegations to Paragraphs 1. to 5. of this Count III as though fully set forth herein.

6. That at all relevant times there was in full force and effect the Family Expense Act.

7. That by virtue of the Family Expense Act, the Plaintiff, TIFFINEY COBBINS, will

become obligated for large sums of money for the medical and hospital care and treatment of the minor Plaintiff, DESTINEY COBBINS, a minor.

WHEREFORE, the Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, by and through their attorneys, MARK L. KARNO & ASSOCIATES, LLC and ELENA DUARTE, pray that a judgment be entered against the Defendant, RONALD HUDSON, in a sum in excess of $50,000.00 or such other sum which will fairly, reasonably and adequately compensate them for their injuries and damages, together with their costs of bringing this suit.

Respectfully,

MARK L. KARNO
MARK L. KARNO & ASSOCIATES, L.L.C.
and ELENA DUARTE
33 North La Salle Street
Suite 3500
Chicago, IL 60602
Tel:   (312) 701-0090
Fax:   (312) 701-0600
Email: Mail@Karnolaw.com
Attorney Code No.:  50059

Attorney Code: 50059
U:\CLIENT DIRECTORIES\15ED178\COMPLAINT_COBBINS.DOCX

## IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DAMAGES PURSUANT TO
### SUPREME COURT RULE 222

The Plaintiffs, TIFFINEY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINEY COBBINS, a Minor, by and through their attorneys, MARK L. KARNO & ASSOCIATES, L.L.C. and ELENA DUARTE hereby certify under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the Complaint in the above entitled action seeks money damages in excess of $50,000.00.

*/s/ Mark L. Karno*
MARK L. KARNO

MARK L. KARNO
MARK L. KARNO & ASSOCIATES, L.L.C.
and ELENA DUARTE
Attorneys for Plaintiff
33 North La Salle Street
Suite 3500
Chicago, IL 60602
Tel:  (312) 701-0090
Fax:  (312) 701-0600
Email: Mail@Karnolaw.com
Cook County Code No.: 50059
A.R.D.C. No.: 6182836

6