IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor,<br><br>     Plaintiff,<br><br>vs.<br><br>RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation,<br><br>     Defendants. | No. 17 L 1008 |

## APPEARANCE

 We hereby enter the appearance of Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., in the above-captioned cause and ourselves as attorneys therein.

            RONALD HUDSON and DECKER TRUCK LINE, INC., Defendants,

            By: _____
               One of Their Attorneys

Steven M. Canty
Bradley A. Bertkau
ORLEANS CANTY NOVY, LLC
325 Washington Street, Suite 400
Waukegan, IL 60085
Telephone: (847) 625-8200
Facsimile: (847) 625-8262
Firm No. 61094



EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, </br></br>                  Plaintiff,</br></br>vs.</br></br>RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation,</br></br>                  Defendants. | No. 17 L 1008 |

## JURY DEMAND

The Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., in the above-captioned cause demand a 12-person jury for the trial of said cause.

                                              RONALD HUDSON and DECKER TRUCK LINE, INC., Defendants,

                                              By: _____
                                                         One of Their Attorneys

Steven M. Canty
Bradley A. Bertkau
CHILTON YAMBERT PORTER LLP
325 Washington Street, Suite 400
Waukegan, IL 60085
Telephone: (847) 625-8200
Facsimile: (847) 625-8262
Firm No. 61094

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 17 L 1008 |
| vs. | ) ) | |
| RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation, | ) ) ) | |
| Defendants. | ) | |

### ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

NOW COME the Defendants, RONALD HUDSON ("HUDSON") and DECKER TRUCK LINE, INC. ("DECKER"), by and through their attorneys, ORLEANS CANTY NOVY, LLC, as and for their answer to Plaintiff's Complaint at Law states as follows:

### COUNT I

1. Defendant admits that on the date alleged HUDSON was operating a certain vehicle on or around the intersection of Ashland Avenue and 47th Street, Chicago, Illinois.

2. Defendant denies the allegations contained in Paragraph 2.

3. Defendant admits to those duties imposed by law, but denies any breach of those duties.

4. Defendant denies the allegations contained in Paragraph 4 including subparagraphs 4(a) through 4(g), inclusive thereof.

5. Defendant denies the allegations contained in Paragraph 5.

WHEREFORE, the Defendant, RONALD HUDSON, denies that the Plaintiff is entitled to judgment against it in the amount alleged, or in any amount whatsoever. The Defendant, RONALD HUDSON, requests judgment in his favor and against the Plaintiffs, TIFFANY

COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, plus costs of the suit.

## COUNT II

1-5. Defendants hereby adopt and reallege its Answers to Paragraphs 1-5 of Count I and fully set forth herein as Paragraphs 1-5 of Count II.

6. Defendants admit that on the date alleged, HUDSON was an employee of DECKER TRUCK LINE, INC. and under its dispatch at the time of the incident. The remaining allegations contained in paragraph 6 are the pleader's conclusions of law to which no answer is required.

7. Defendants admit to any duties imposed upon them by law, however, the allegations contained in paragraph 7 are the pleader's conclusions of law and evidence to be determined at the time of trial to which no answer is required at this time.

WHEREFORE, the Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., deny that the Plaintiff is entitled to judgment against it in the amount alleged, or in any amount whatsoever. The Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., requests judgment in their favor and against the Plaintiffs, TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, plus costs of the suit.

## COUNT III

1-5. Defendants hereby adopt and reallege its Answers to Paragraphs 1-5 of Count I and fully set forth herein as Paragraphs 1-5 of Count III.

6. Defendants admit the existence of the Family Expense Act, but deny Plaintiffs are entitled to recovery pursuant to the act.

7. Defendants have insufficient knowledge or information to admit or deny the allegations contained in Paragraph 6, therefore deny the allegations and demand strict proof thereof.

WHEREFORE, the Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., deny that the Plaintiff is entitled to judgment against it in the amount alleged, or in any amount whatsoever. The Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., requests judgment in their favor and against the Plaintiffs, TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, plus costs of the suit.

The Defendants demand trial by jury.

RONALD HUDSON and DECKER TRUCK LINE, INC., Defendants,

By: *[signature]*

Bradley A. Bertkau
Steven M. Canty
ORLEANS CANTY NOVY, LLC
325 Washington Street, Suite 400
Waukegan, IL 60085
Telephone: (847) 625-8200
Facsimile: (847) 625-8262
Firm ID: 61094

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | No.   17 L 1008 |
| vs. | ) ) | |
| RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation, | ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF WANT OF KNOWLEDGE

Bradley A. Bertkau, being first duly sworn upon oath, deposes and states that he is one of the attorneys for Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., in the above-captioned matter, that he is informed as to the allegations of insufficiency of knowledge to form a belief in the foregoing Answer to Plaintiff's Complaint at Law, that the denial of knowledge and information sufficient to form a belief therein contained is true, and that on the basis of such information, he denies said allegations and requires strict proof thereof.

Dated this _____ day of February 2017.

_____
Bradley A. Bertkau

Subscribed and Sworn to before me
this 22 day of February, 2017.

OFFICIAL SEAL
STEVEN B. NOVY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/17/17

_____
Notary Public

4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

TIFFANY COBBINS, Both Individually and as )
Mother and Next Best Friend of DESTINY )
COBBINS, a Minor, )
)
                Plaintiff, )    No. 17 L 1008
)
vs. )
)
RONALD HUDSON and DECKER TRUCK LINE, )
INC., a Foreign Corporation, )
)
                Defendants. )

### AFFIRMATIVE DEFENSES

NOW COMES the Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., by and through their attorneys, ORLEANS CANTY NOVY, LLC, pleading in the alternative without prejudice to their respective Answers, and as for their Affirmative Defenses to Plaintiff's Complaint at Law, state as follows:

### AFFIRMATIVE DEFENSE #1

1. That Plaintiff, TIFFANY COBBINS, has filed a Complaint against Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., alleging certain personal injuries as a result of a motor vehicle accident on March 24, 2015, in Chicago, Cook County, Illinois.

2. That Defendants have denied in their Answer to said Complaint each and every material allegation of fault and incorporates said answer herein by reference.

3. That on or about March 24, 2015, it was then and there the duty of TIFFANY COBBINS to exercise ordinary care in the operation of her motor vehicle and to avoid injury and damage to herself and others, lawfully upon and near the subject roadway.

4. That in violation of aforesaid duty TIFFANY COBBINS committed one or more, or all, of the following acts and/or omissions:

   a. Negligently and carelessly operated her motor vehicle without keeping a proper and sufficient lookout for other motor vehicles in and about their area;

   b. Negligently and carelessly drove her vehicle at a speed greater than that which was reasonable and proper with regard to traffic conditions and the use of the highway, in violation of 625 ILCS 5/11-601;

   c. Negligently and carelessly failed to keep his motor vehicle under proper control and reduce her speed so as to avoid a collision, in violation of 625 ILCS 5/11-601 (a);

   d. Disobeyed traffic signals;

   e. Failed to maintain, equip, and/or operate her vehicle with brakes sufficient to control the movement of his vehicle; and

   f. Otherwise carelessly and negligently operated and controlled her motor vehicle.

5. That if Plaintiffs were injured or damaged as alleged, one or more, or all of the above acts and/or omissions by TIFFANY COBBINS was the sole proximate cause or contributing cause of the injuries, and accordingly, the claims of Plaintiff are barred by virtue of the provisions of 735 ILCS 5/2-1116.

6. That alternatively, in the event a jury finds that the contributory fault of Plaintiff, TIFFANY COBBINS, was less than 50% of the total proximate cause of injury for which recovery is sought, then such verdict is to be reduced to the extent by which Plaintiff's own fault caused or contributed to the occurrence claimed, and the resulting injuries thereof pursuant to 735 ILCS 5/2-1116.

WHEREFORE, Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., requests that Plaintiffs' claims be barred or in the alternative, be reduced in an amount equal to Plaintiff's *pro rata* share of comparative fault in proximately causing the alleged injuries and damages pursuant to 735 ILCS 5/2-1116.

### AFFIRMATIVE DEFENSE #2 – SOLE PROXIMATE CAUSE

7. Defendants reassert Paragraphs 1 and 2 of Affirmative Defense #1 as fully set forth herein Paragraph 7.

8. This Defendant raises the defense of sole proximate cause in that the alleged injuries of the Plaintiffs, TIFFANY COBBINS and DESTINY COBBINS, were solely due to the negligence of another person or entity.

WHEREFORE, Defendants, RONALD HUDSON and DECKER TRUCK LINE, INC., respectfully requests that judgment be entered in its favor and against Plaintiffs.

RONALD HUDSON and DECKER TRUCK LINE, INC., Defendants,

By: _____
One of Its Attorneys

Bradley Bertkau
Steven M. Canty
ORLEANS CANTY NOVY, LLC
325 Washington St., Suite 400
Waukegan, IL  60085
Phone:  (847) 625-8200
FAX:    (847) 625-8262
Firm No. 61094

3