## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIFFANY COBBINS, Both Individually and as Mother and Next Best Friend of DESTINY COBBINS, a Minor,<br><br>       Plaintiff,<br><br>vs.<br><br>RONALD HUDSON and DECKER TRUCK LINE, INC., a Foreign Corporation,<br>       Defendants. | No. 17 cv 01374 |

### DISMISSAL ORDER

This matter coming before the Court at the Request of the Parties, pursuant to settlement, due notice having been given, and the Court being fully advised in the premises, **IT IS HEREBY ORDERED THAT**:

1. All parties hereto, by their respective attorneys, have reached a full settlement and compromise of all pending matters at issue in this case.

2. Pursuant to settlements, all pending claims are hereby dismissed with prejudice and without costs, all costs having been paid.

3. The Court retains jurisdiction to enforce the terms of the settlement and adjudicate any and all liens.

JAN 1 0 2018

_____
JUDGE

Order prepared by:
**ORLEANS CANTY NOVY, LLC**
Bradley A. Bertkau (#6295889)
bbertkau@ocnlaw.com
325 Washington Street,
Waukegan, Illinois 60601
Office: (312) 625-8200